**Order entered January 22, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00175-CV

## TOP CAT READY MIX, LLC, Appellant

## V.

## ALLIANCE TRUCKING, L.P., Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-07419**

## ORDER
Before Justices Myers, Molberg, and Osborne

On our own motion, we **WITHDRAW** our December 27, 2018 Memorandum Opinion on Motion to Review Trial Court's Order Setting Amount of Supersedeas Security. Because we are reversing the portion of the trial court's summary judgment awarding Alliance Trucking, L.P. pre-judgment contractual issue and remanding that issue to the trial court for further proceedings, the question of whether contractual pre-judgment interest should be included in the supersedeas amount is **MOOT**.

        /s/     KEN MOLBERG
                   JUSTICE